**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

KYLE B. PIERCE,                     :  No. 65 MM 2017
                                    :
        Petitioner         :
                                    :
                                    :
        v.                 :
                                    :
                                    :
COMMONWEALTH OF PENNSYLVANIA,        :
                                    :
        Respondent         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of June, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for an Immediate Hearing and the Petition for Writ of Extraordinary Relief are **DENIED**.